# M A N D A T E

THE STATE OF TEXAS

TO THE 216TH JUDICIAL DISTRICT COURT OF GILLESPIE COUNTY, GREETINGS:

Before our Court of Appeals for the Fourth District of Texas on December 3, 2014, the cause upon appeal to revise or reverse your judgment between

Michael Tatsch, Appellant

V.

Chrysler Group, LLC and Infinity County Mutual Insurance Company, Appellee

No. 04-13-00757-CV and Tr. Ct. No. 12977

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's judgments are AFFIRMED in part and REVERSED and REMANDED in part. Specifically, the trial court's no evidence summary judgment in favor of appellee Chrysler Group, LLC with regard to appellant Michael Tatsch's implied warranty claim is AFFIRMED. The trial court's no evidence summary judgment in favor of appellee Chrysler Group, LLC as to appellant Michael Tatsch's express warranty claim is REVERSED and the claim is REMANDED to the trial court for further proceedings consistent with this court's opinion.**

**The trial court's traditional summary judgment in favor of appellee Infinity County Mutual Insurance Company is REVERSED because it did not address appellant Michael Tatsch's claims against appellee Infinity County Mutual Insurance Company. The trial court's no evidence summary judgment in favor of appellee Infinity County Mutual Insurance Company with regard to appellant Michael Tatsch's claims based on sections 541.060(a)(2), (3), and (8) of the Texas Insurance Code is AFFIRMED. The trial court's no evidence summary judgment in favor of appellee Infinity County Mutual Insurance Company with regard to appellant Michael Tatsch's claim based on section 541.060(a)(7) of the Texas Insurance Code is REVERSED and that claim is REMANDED to the trial court for further proceedings consistent with this court's opinion.**

**We order that each party bear its own costs of appeal.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on December 4, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-13-00757-CV

**Michael Tatsch**

**v.**

**Chrysler Group, LLC and Infinity County Mutual Insurance Company**

(NO. 12977 IN 216TH JUDICIAL DISTRICT COURT OF GILLESPIE COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $15.00 | E-PAID | |
| MOTION FEE | $15.00 | E-PAID | SEAN HIGGINS |
| MOTION FEE | $10.00 | E-PAID | SHARLA FROST |
| MOTION FEE | $10.00 | E-PAID | MICHELLE COCHRAN |
| MOTION FEE | $10.00 | E-PAID | MATTHEW R BEATTY |
| MOTION FEE | $10.00 | E-PAID | ANDREW WARE |
| MOTION FEE | $10.00 | E-PAID | CRAIG PATRICK |
| MOTION FEE | $10.00 | E-PAID | SHANNON BANGLE |
| MOTION FEE | $10.00 | E-PAID | CRAIG PATRICK |
| MOTION FEE | $10.00 | E-PAID | CRAIG PATRICK |
| STATEWIDE EFILING FEE | $20.00 | PAID | PATRICK LAW FIRM |
| INDIGENT | $25.00 | PAID | PATRICK LAW FIRM |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | PATRICK LAW FIRM |
| FILING | $100.00 | PAID | PATRICK LAW FIRM |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this December 4, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853